# Order

**Supreme Court**
**Lansing, Michigan**

September 21, 2005

Clifford W. Taylor,
Chief Justice

127794 & (12)(18)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BETTY SCHILLER and GERALD
SCHILLER, Conservators for MICHAEL
SCHILLER, an incapacitated individual,
       Plaintiffs-Appellees,

v

SC: 127794
COA: 258344
Washtenaw CC: 03-001122-NF

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 2, 2004 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Cameron v Auto Club Insurance Association* (Docket No. 127018) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The proceedings in the Washtenaw Circuit Court shall be STAYED while this application remains pending. Defendant's motion for immediate consideration of its motion to consolidate is GRANTED. The motion to consolidate is DENIED.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2005

_____
Clerk

p0914